IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH C. MCKEE,<br><br>          Plaintiff,<br><br>vs.<br><br>EFEST, (Shenzhen Fest Technology Co., LTD), A Foreign Corporation.; and R-L SALES, an LLC licensed and incorporated In the State of Utah;<br><br>          Defendants. | 4:20CV3002<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant EFest (Shenzen Fest Technology Co., LTD), a Foreign Corporation, and Defendant EFest has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until May 11, 2020 to show cause why the claims against Defendant EFest should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims against Defendant EFest without further notice.

Dated this 27th day of April, 2020.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge