IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH C. MCKEE,<br><br>    Plaintiff,<br><br>  vs.<br><br>EFEST, (Shenzhen Fest Technology Co., LTD), A Foreign Corporation.; and R-L SALES, an LLC licensed and incorporated In the State of Utah;<br><br>    Defendants. | **4:20CV3002**<br><br>**ORDER** |

Defendant R-L Sales has moved to commence discovery. (Filing No. 18). Plaintiff has not responded and the deadline for doing so has passed. The motion is deemed unopposed and is hereby granted. Accordingly,

  IT IS ORDERED:

1)   The parties shall review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.[1]

2)   Counsel for the parties shall confer and, on or before September 8, 2020, they shall jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2] Unless the parties agree otherwise, Plaintiff(s) shall prepare the initial draft of the

---

[1] (https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of January 1, 2019.

       Report and then forward it to Defendant(s) for further additions or revisions.

3) On or before September 1, 2020, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

   a. One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

   b. The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

   c. The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

4) Mandatory disclosures shall be served by September 15, 2020.

Dated this 18th day of August, 2020.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge