IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH C. MCKEE, | |
| Plaintiff, | 4:20-CV-3002 |
| vs. | |
| EFEST (Shenzhen Fest Technology Co., LTD), a Foreign Corporation, and R-L SALES, an LLC licensed and incorporated In the State of Utah, | JUDGMENT |
| Defendants. | |

On the plaintiff's motion to dismiss (filing 31), this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Dated this 14th day of October, 2020.

BY THE COURT:

*[signature]*

John M. Gerrard
Chief United States District Judge